**UNITED STATES of America,**
**Plaintiff–Appellant–**
**Cross–Appellee,**

v.

**Brenda Lee WORKING, Defendant–**
**Appellee–Cross–Appellant.**

Nos. 98–31021, 98–30122.

United States Court of Appeals,
Ninth Circuit.

Filed Nov. 1, 1999.

### ORDER

HUG, Chief Judge.

Upon the vote of a majority of nonrecused regular active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35–3. The three-judge panel opinion, *United States v. Working*, 175 F.3d 1150 (9th Cir. 1999), is withdrawn.